JOEL C. GOLDEN (#47904)
2356 Moore St., Suite 201
San Diego, CA 92110
Tel: 619-294-7918
Fax: 619-296-8229

Attorney for Plaintiff Karen Lunt

LAURA E. DUFFY
United States Attorney
DIANNE M. SCHWEINER
Assistant U.S. Attorney
Cal. State Bar No. 188013
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7654
Facsimile: (619) 546-7751
Email: dianne.schweiner@usdoj.gov

Attorneys for Defendant, Jeh Charles Johnson,
Secretary of the Department of Homeland Security

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KAREN LUNT, | Case No.: 12cv02773-CAB (NLS) |
|---|---|
| Plaintiff, | JOINT MOTION AND STIPULATION FOR DISMISSAL OF ACTION |
| vs. | |
| JEH CHARLES JOHNSON, Secretary of the Department of Homeland Security, | |
| Defendant. | |

The parties, by and through their respective attorneys, have agreed that this entire action is hereby dismissed with prejudice, with each party bearing its own costs. This Dismissal does not include any of Plaintiff's EEO filings, Decisions or Appeals thereto.

Plaintiff is dismissing this case only because she cannot financially afford to continue and not on its merits.

**IT IS SO STIPULATED:**

Respectfully submitted,

Dated: August 13, 2014					By:  */s Joel Golden*
							Joel C. Golden
							Attorney For Plaintiff Lunt


Dated: August 13, 2014					Respectfully submitted,

							LAURA E. DUFFY
							United States Attorney


							 */s Dianne Schweiner*
							DIANNE M. SCHWEINER
							Assistant United States Attorney
							Attorneys for Defendant
							Jeh Charles Johnson,
							Secretary of the Department
							Of Homeland Security